# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | 9:20-PO-5086-KLD |
| Plaintiff, | VIOLATION: 9408283 |
| vs. | ORDER |
| BAILEE SIMS, | |
| Defendant. | |

Based upon the motion of the United States pursuant to the agreement between the parties and for good cause appearing,

IT IS HEREBY ORDERED that the defendant shall pay a $10.00 fine along with the mandatory $10 special assessment and $30.00 processing fee. Payment(s) should be mailed to the following address:

Central Violations Bureau
P.O. Box 780549
San Antonio, TX 78278

The check(s) should be made out to the U.S. Courts - CVB. Defendant may also pay online at www.cvb.uscourts.gov.

DATED this 9th day of December, 2022.

                                                       Kathleen L. DeSoto
                                                       United States Magistrate Judge